1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

DEREK HOYTE and COLUMBIA
CREST PARTNERS, LLC,

                    Defendants.

CASE NO. C10-2044BHS

ORDER GRANTING PARTIES'
MOTIONS TO AMEND AND
DENYING AS MOOT
PLAINTIFF'S MOTION TO
DISMISS DEFENDANTS'
COUNTERCLAIM

        This matter comes before the Court on Plaintiff's (the "United States") motion to

dismiss amended counter claim (Dkt. 41) and its unopposed motion to amend its

complaint (Dkt. 49). Also before the Court is Defendants' unopposed motion to amend

their answer, affirmative defenses, and counterclaims. Dkt. 44. The Court has considered

the pleadings filed in support of and in opposition to the motion and the remainder of the

file and hereby grants the parties' unopposed motions to amend and denies as moot the

United States' motion to dismiss counter claims for the reasons stated herein.

1

## I. DISCUSSION

2       On July 28, 2011, the United States moved to dismiss Defendants' counterclaim

3   for lack of subject matter jurisdiction. Dkt. 41. On August 15, 2011, Defendants opposed

4   the motion to dismiss. Dkt. 42. On August 18, 2011, the United States replied.

5       On August 15, Defendants moved to amend their answer, affirmative defenses,

6   and counterclaims. On August 24, 2011, the United States moved to amend its complaint.

7   Dkt. 49. These motions are unopposed. *See* Dkts. 52, 53.

8       The Court finds that good cause has been shown by both parties to warrant

9   amending the complaint, answer, and any counterclaims or affirmative defenses that

10  Defendants may have to assert against the United States. In granting the motions to

11  amend, the United States' motion to dismiss Defendants' previously amended

12  counterclaim is rendered moot.

13

## II. ORDER

14      Therefore, it is hereby **ORDERED** that:

15      1.      The United States' unopposed motion to amend its complaint is
                **GRANTED**;
16

17      2.      Defendants' unopposed motion to amend its answer, counterclaims and
                affirmative defenses is **GRANTED**;

18      3.      The United States' motion to dismiss Defendants' counterclaim (Dkt. 41) is
                **DENIED as moot**;

19
        4.      The United States **SHALL** file its Amended Complaint on or before
20              September 21, 2011;

21      5.      The Defendants **SHALL** file their amended answer, affirmative defenses,
                and counterclaims on or before October 5, 2011; and

22

6.     The parties **SHALL** meet and confer regarding the current case schedule (Dkt. 37) and inform the Court through a joint status report as to the need, if any, to adjust the current schedule.

Dated this 14th day of September, 2011.

BENJAMIN H. SETTLE
United States District Judge